cal  kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDPO OBLITAS-RIOS, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>PFIZER, INC., a California corporation; DOES 1-100, inclusive,<br><br>　　　　　　　　Defendants. | Civil No. 06cv2679 BTM(AJB)<br><br>ORDER ON JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE |

　　　Having read and considered the Joint Motion to Continue the Early Neutral Evaluation Conference submitted by counsel for the parties on May 17, 2007, and good cause appearing:

　　　IT IS HEREBY ORDERED that the case is inappropriate for an Early Neutral Evaluation Conference at this time, so the Conference set for June 4, 2007 at 1:30 p.m. is *vacated*. The Court sets a telephonic Case Management Conference for ***August 6, 2007 at 9:30 a.m.*** Plaintiff's counsel will be responsible to make arrangements for the conference. At that time the Court will review the case status

//
//
//
//
//

and set further dates as appropriate.

IT IS SO ORDERED.

DATED: May 18, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court